| | |
|---|---|
| 1 | Plaintiff's Counsel: |
| | Jayne Conroy |
| 2 | Hanly Conroy Bierstein Sheridan |
| |    Fisher & Hayes LLP |
| 3 | 112 Madison Avenue |
| | New York, New York 10016-7416 |
| 4 | (212) 784-6400 |
| | (212) 284-6420 (fax) |
| 5 | |
| | -and- |
| 6 | |
| | SimmonsCooper LLC |
| 7 | 707 Berkshire Blvd. |
| | East Alton, IL 62024 |
| 8 | (618) 259-2222 |
| | (212) 259-2251 (Fax) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Lula M. Givens, vs. Pfizer, Inc.,.*<br>*MDL No. 06-4060:* Plaintiff Lula M. Givens | |

Come now the Plaintiffs, Lula M. Givens, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

- 1 -

Case 3:06-cv-04060-CRB   Document 6   Filed 03/30/09   Page 2 of 2

| | |
|---|---|
| 1 | stipulate to the dismissal with prejudice of Plaintiffs, **Lula M. Givens's** action only, with each |
| 2 | side bearing its own attorneys' fees and costs. |

Dated: _____, 2009

By: _____
Jayne Conroy
**HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff.*

Dated: _____March 11_____, 2009

By: _____
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____MAR 30_____, 2009

By: _____
United States District Court

- 2 -   STIPULATION OF DISMISSAL WITH PREJUDICE